## Mary T. Case and Frances Pirase, Conservatrix, Appellees, v. John E. Case, Appellant.

### Gen. No. 21,998.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. J. H. FORNOFF, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed May 9, 1917.

### Statement of the Case.

Bill by Mary T. Case, an insane person, and Frances Pirase, her conservatrix, complainants, against John E. Case, defendant, for divorce. From an order increasing complainants' allowance of temporary alimony from $30 to $50 a month, defendant appeals.

DELAVAN B. COLE, for appellant.

HENRY R. BALDWIN, for appellees.

MR. JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

DIVORCE, § 110*—*when increase in alimony is not erroneous.* Increase of alimony from $30 to $50 a month, *held* not erroneous, where the latter amount had been paid from 1906 to 1914, and defendant was receiving $45 a week salary, and complainant was an insane person.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.